JACKSON, *ex dem.* Brinckerhoff, *against* STILES, Miller, tenant.

The affidavit on which to move that the landlord defend in ejectment, should shew the relation of landlord and tenant. That the tenant claims no interest except as tenant to the landlord, is not sufficient.

EJECTMENT. Motion that *J. & T. Spafford* be received to defend as landlords, on an affidavit of the defendant's attorney, that *Miller*, the tenant, " claims no interest in the premises in question, otherwise than as tenant to the *Spaffords*."

*P. Viele,* for the motion.

*S. Ross,* contra.

*Curia.* The affidavit is insufficient. It should shew the relation of landlord and tenant. This does not follow from the mere circumstance that the tenant claims no interest except as tenant to the *Spaffords*.

Motion denied.